Aron Bartlett, Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, Defendant-Appellee.

Gen. No. 48,412. 

First District, First Division.

November 20, 1961.

Rehearing denied December 11, 1961.

 Scheffres & Hodes, of Chicago, for appellant; William J. Lynch, William S. Allen and Jerome F. Dixon, of Chicago, for appellee. Opinion by MR. JUSTICE ENGLISH. Not to be published in full.